IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD JOSE DUPREE,

      Petitioner,                   No. CIV S-10-2900 WBS GGH P

   vs.

CBS NETWORK, et al.,

      Respondents.         <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's January 18, 2011 summary dismissal of his defective application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/////

/////

1

1  For the reasons set forth in the magistrate judge's November 18, 2011 findings
2  and recommendations, petitioner has not made a substantial showing of the denial of a
3  constitutional right.  Accordingly, a certificate of appealability should not issue in this action.
4  IT IS SO ORDERED.
5  DATED: February 8, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

9  /dupr2900.830d