IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD JOSE DUPREE,

    Petitioner,                   No. CIV S-10-2900 WBS GGH P

    vs.

CBS NETWORK, et al.,

    Respondents.                <u>ORDER</u>

_____/

        This putative petition for writ of habeas corpus was summarily dismissed as a defective filing on January 18, 2011, and judgment entered accordingly. Petitioner appealed and it was determined by this district court that a request for a certificate of appealability should not issue. See <u>Order</u>, filed on February 9, 2011. Notwithstanding that this petition has been dismissed and his appeal to the Ninth Circuit has processed, petitioner purports to have filed another petition in this case on February 22, 2011. This court no longer has jurisdiction over any such filing as the previous decision has been appealed, and it is wholly inapposite in this closed case, neither contemplated by either the Federal Rules of Civil Procedure or the Federal Rules Governing § 2254 Cases. Therefore, this document will be placed in the file and disregarded.

        IT IS SO ORDERED.

DATED: March 14, 2011              /s/ Gregory G. Hollows
                                         UNITED STATES MAGISTRATE JUDGE

dupr2900.158g